PROB 12C
(6/16)

Report Date: December 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Salvador Jiron                Case Number: 2:23CR00080-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓ Quincy, Washington 98848

Name of Sentencing Judicial Officer: The Honorable Michael H. Simon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 15, 2021

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 46 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | To Be Assigned | Date Supervision Commenced: May 10, 2023 |
| Defense Attorney: | To Be Assigned | Date Supervision Expires: May 9, 2026 |

## PETITIONING THE COURT

To issue a summons.

On May 15, 2023, a probation officer reviewed the conditions of supervision with Mr. Jiron. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |
| | **Supporting Evidence**: Mr. Jiron is considered to be in violation of his supervised release by failing to notify probation within 72 hours after he was contacted by the Wenatchee Police Department (WPD) at approximately 1 a.m. on November 24, 2024. |
| | On November 24, 2024, Corporal Gonzalez with the WPD called probation and reported Mr. Jiron was contacted in response to a citizen calling dispatch to report Mr. Jiron was possibly driving under the influence of alcohol. WPD determined Mr. Jiron had been drinking alcohol, but was not under the influence when he was contacted. |
| | Probation attempted several times to contact Mr. Jiron to discuss his contact with WPD and Mr. Jiron failed to respond to probation until December 3, 2024. During an office visit on December 3, 2024, Mr. Jiron admitted to having contact with WPD after leaving a bar in Wenatchee, Washington. |

Prob12C
**Re: Jiron, Salvador**
**December 4, 2024**
**Page 2**

| | | |
|---|---|---|
| | 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Jiron is considered to be in violation of his supervised release by failing to report to U.S. Probation as directed on November 25, 2024.

On November 25, 2024, probation left Mr. Jiron a message and sent him a text message on his cellular phone directing him to report to the probation office in Yakima, Washington, by 3 p.m. on November 25, 2024. Mr. Jiron failed to report as directed and failed to contact probation to discuss why he could not report.

Probation left Mr. Jiron messages on November 27, and December 2, 2024, directing Mr. Jiron to contact probation as soon as possible. Also, probation attempted to contact Mr. Jiron at his mother-in-law's residence in Quincy, Washington. Mr. Jiron was not at his residence in Quincy, and probation left a business card directing Mr. Jiron to report to the probation office in Yakima on December 3, 2024, by 11 a.m.

On December 3, 2024, Mr. Jiron reported to probation as directed in Yakima, and stated his phone was no longer working.

| | | |
|---|---|---|
| | 3 | **Special Condition #4:** You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer. |

**Supporting Evidence**: Mr. Jiron is considered to be in violation of his supervised release by consuming marijuana on or about November 3, 2024.

On December 3, 2024, Mr. Jiron reported to probation as directed in Yakima, and admitted to consuming marijuana on November 3, 2024. Mr. Jiron signed a drug use admission form acknowledging he used a prohibited substance.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 4, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: Jiron, Salvador
December 4, 2024
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

December 4, 2024
Date